IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DERIC LAVELLE MAY, (AIS #: 209534) | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 14-0171-CG-B ) |
| JAMES SMITH, et al., | ) ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that May's Motion to Proceed Without Prepayment of Fees (Doc. 2) be **DENIED**, and that this action be **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE and ORDERED** this 7th day of May, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE