IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DERIC LAVELLE MAY, )<br>(AIS #: 209534) )<br> )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>JAMES SMITH, <u>et</u> <u>al</u>., )<br> )<br>    Defendants. ) | CIVIL ACTION NO. 14-0171-CG-B |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that May's Motion to Proceed Without Prepayment of Fees (Doc. 2) be **DENIED**, and that this action be **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE and ORDERED** this 7th day of May, 2014.

                                        /s/ Callie V. S. Granade
                                      UNITED STATES DISTRICT JUDGE